AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JUSTIN TEAL

WARRANT FOR ARREST

CR-04-10112-RCS

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JUSTIN TEAL**
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ INDICTMENT  ☐ INFORMATION  ☐ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

CHARGING HIM WITH

distribution in a playground zone of cocaine base, a Schedule II controlled substance,

in violation of Title 21 United States Code, Sections 841(a)(1) and 860(a).

Marianne B. Bowler                                  Operations Supervisor
Name of Issuing Officer                             Chief United States Magistrate Judge
                                                    Title of Issuing Officer

Signature of Issuing Officer                        April 8, 2004 at Boston, Massachusetts
                                                    Date and Location

Bail fixed at $ _____                     BY _____

---

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT
AT _____

| DATE RECEIVED | WARRANT EXECUTED BY USMS — Above Tastierie<br>NAME AND TITLE OF ARRESTING OFFICER<br>DEFENDANT ON 4/15/04 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |