UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO: 04-10112 RGS


UNITED STATES OF AMERICA

v.

JUSTIN TEAL

---

## MOTION TO WITHDRAW AS COUNSEL

---

Now comes the attorney of record, LENORE GLASER and moves this Honorable Court, pursuant to: L.R. 83.5.2 (C) to withdraw her appearance for the defendant, JUSTIN TEAL.

As grounds for this motion, the defendant has retained JAMES GREENBERG, ESQ., to represent him in this case.

Respectfully Submitted,
JUSTIN TEAL
By his Attorney,


 Lenore Glaser /S/                                    Dated: April 21, 2004
Lenore Glaser, Esq.
25 Kingston Street, 6th Floor
Boston, MA 02114
(617) 753-9988
BBO# 194220


## CERTIFICATE OF SERVICE

I, Lenore Glaser, Esq. do certify that a true copy of this motion was mailed  to Patrick Hamilton, Assistant U.S. Attorney, U.S. District Court,1 Courthouse Way, Boston, MA 02210 on April 21, 2004.
   Lenore Glaser /S/
Lenore Glaser, Esq.