UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                          Criminal No. 04-10112-RGS

JUSTIN TEAL,
Defendant

## NOTICE OF APPEARANCE AND REQUEST FOR CONTINUANCE.

Please enter my appearance for defendant Justin Teal on the above-captioned matter.

I would further request that the detention hearing scheduled for Friday, April 23, 2004 be continued to Thursday, April 29 or Friday, April 30. I have spoken with AUSA Patrick Hamilton, who does not oppose the continuance to the mentioned dates.

Dated: April 21, 2004

                                              Respectfully Submitted
                                              Defendant, Justin Teal,
                                              by his lawyer

                                              James Greenberg
                                              BBO# 565631
                          Howe and Bainbridge Building
                                    220 Commercial Street
                                              Boston, MA 02109
                                              (617) 557-4444