✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

| UNITED STATES V. JUSTIN TEAL | | | | | **EXHIBIT AND WITNESS LIST**<br><br>Case Number: 04-10112 RGS |
|---|---|---|---|---|---|
| PRESIDING JUDGE<br>BOWLER | | | PLAINTIFF'S ATTORNEY<br>D. TOBIN | | DEFENDANT'S ATTORNEY<br>J. GREENBERG |
| TRIAL DATE (S)<br>5/5/04 | | | COURT REPORTER<br>DIGITAL | | COURTROOM DEPUTY<br>SACCOCCIO |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|  |  | 5/5/04 |  |  | OFF. GREGORY BROWN; BOSTON POLICE DEPT; for the Government |
| 1 |  | 5/5/04 | X | X | Chart of drug buys ( two pages) |
| 2 |  | 5/5/04 | X | X | Video tape dtd 7/1/03 |
| 3 |  | 5/5/04 | X | X | Video tape dtd 7/23/03 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1     Pages