UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-CR-10112-RGS |
| ) | |
| **(1) JUSTIN TEAL,** ) | |
| **(2) KARL THOMPSON,** ) | |
| **(3) ABLOLOM WOLDESLASSIE,** ) | |
| **(4) ROLAND WORRELL** ) | |

### GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from July 12, 2004 (the date of the most recent Status Conference) to and including September 8, 2004 (the date of the Final Status Conference) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)). The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial. The defendants, through counsel, assented to this request at the Status Conference on July 12, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ David G. Tobin
DAVID G. TOBIN
Assistant U.S. Attorney

July 13, 2004