## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 04-10112-RGS |
| | ) |
| v. | ) VIOLATIONS: |
| | ) |
| 1.  JUSTIN TEAL, | ) 21 U.S.C. § 841(a)(1) – |
| | )    Distribution of Cocaine |
| 2.  KARL THOMPSON, | )    Base |
| | ) |
| 3.  ABLOLOM WOLDESLASSIE, | ) 18 U.S.C. § 2 – |
|     a/k/a "BREEZE;" and | )    Aiding and Abetting |
| | ) |
| | ) 21 U.S.C. § 860(a) - Playground |
| | )    Zone Violation |
| Defendants. | ) |
| | ) 21 U.S.C. § 861(a) - Use of a |
| | )    Juvenile |

### SUPERSEDING INDICTMENT

**COUNT ONE:**    (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
Base; 21 U.S.C. § 860(a) --Playground Zone
Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury charges that:

On or about July 1, 2003, at Boston, in the District of
Massachusetts,

### 1.  JUSTIN TEAL

defendant herein, did knowingly and intentionally possess with
intent to distribute, and did distribute, a quantity of cocaine
base, also known as "crack," a Schedule II controlled substance,
within 1,000 feet of the real property comprising the Little Scobie
Playground.

All in violation of Title 21, United States Code, Sections
841(a)(1), and 860(a), and Title 18, United States Code, Section 2.

**COUNT TWO:**      (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about July 8, 2003, at Boston, in the District of Massachusetts,

**1.    JUSTIN TEAL,**
**3.    ABLOLOM WOLDESLASSIE, a/k/a "BREEZE," and**

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack", a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), and 860(a), and Title 18, United States Code, Section 2.

2

**COUNT THREE:**    **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation; 18 U.S.C. § 2 -- Aiding and Abetting)**

The Grand Jury further charges that:

On or about July 8, 2003, at Boston, in the District of Massachusetts,

###    3.    **ABLOLOM WOLDESLASSIE, a/k/a "BREEZE,"**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), and 860(a), and Title 18, United States Code, Section 2.

**COUNT FOUR:**    **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation)**

The Grand Jury further charges that:

On or about July 23, 2003, at Boston, in the District of Massachusetts,

### 1.    JUSTIN TEAL,

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), and 860(a).

4

<u>COUNT FIVE</u>:      (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
                Base; 21 U.S.C. § 860(a) -- Playground Zone
                Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about August 14, 2003, at Boston, in the District of
Massachusetts,

1.    JUSTIN TEAL,
2.    KARL THOMPSON and
3.    ABLOLOM WOLDESLASSIE, a/k/a "BREEZE,"

defendants herein, did knowingly and intentionally possess with
intent to distribute, and did distribute, a quantity of cocaine
base, also known as "crack," a Schedule II controlled substance,
within 1,000 feet of the real property comprising the Little Scobie
Playground.

All in violation of Title 21, United States Code, Sections
841(a)(1), and 860(a), and Title 18, United States Code, Section 2.

<u>**COUNT SIX:**</u>    **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 861(a) -- Use of a Juvenile; 18 U.S.C. § 2 -- Aiding and Abetting)**

The Grand Jury further charges that:

On or about August 14, 2003, at Boston, in the District of Massachusetts,

        **1.    JUSTIN TEAL and**
        **2.    KARL THOMPSON**

defendants herein, then being persons at least eighteen years of age, did knowingly and intentionally employ, hire, use, persuade, induce and entice a person, who was then under eighteen years of age, to violate Title 21, Section 841(a)(1), to wit: to knowingly and intentionally distribute a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, as alleged in Count Five of this Indictment, which is incorporated herein by reference.

All in violation of Title 21, United States Code, Sections 841(a)(1), and 861(a) and Title 18, United States Code, Section 2.

**COUNT SEVEN:**   **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation; 21 U.S.C. § 861(a) -- Use of a Juvenile; 18 U.S.C. § 2 -- Aiding and Abetting)**

The Grand Jury further charges that:

On or about September 11, 2003, at Boston, in the District of Massachusetts,

### 3.   ABLOLOM WOLDESLASSIE, a/k/a "BREEZE,"

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground and, in so doing, defendant, being a person at least eighteen years of age, did knowingly and intentionally employ, hire, use, persuade, induce and entice a person, who was then under eighteen years of age, to violate Title 21, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 841(a)(1), 860(a) and 861(a), and Title 18, United States Code, Section 2.

7

**COUNT EIGHT:**    **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation; 18 U.S.C. § 2 -- Aiding and Abetting)**

The Grand Jury further charges that:

On or about September 11, 2003, at Boston, in the District of Massachusetts,

3. **ABLOLOM WOLDESLASSIE, a/k/a "BREEZE,"**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), and 860(a), and Title 18, United States Code, Section 2.

8

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further charges that:

(1) In connection with Counts 1-2 and 4-6, and relevant conduct as described in U.S.S.G. § 1B1.3 Defendant JUSTIN TEAL is responsible for at least 5 grams but less than 20 grams of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, U.S.S.G. § 2D1.1(c)(7) is applicable to the defendant.

(2) At the time Defendant JUSTIN TEAL committed the offenses charged in this Indictment, he was at least 18 years old and he had at least two prior felony convictions of either a crime of violence or a controlled substance offense. Accordingly, U.S.S.G. § 4B1.1 applies to the defendant.

(3) In connection with Counts 5-6 and relevant conduct as described in U.S.S.G. § 1B1.3, Defendant KARL THOMPSON is responsible for at least 1 gram but less than 2 grams of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, U.S.S.G. § 2D1.1(c)(11) is applicable to the defendant.

(4) At the time Defendant KARL THOMPSON committed the offenses charged in this Indictment, he was at least 18 years old and he had at least two prior felony convictions of either a crime of violence or a controlled substance offense. Accordingly, U.S.S.G. § 4B1.1 applies to the defendant.

(5)  In connection with Counts 2,3,5,7,8, and relevant conduct as described in U.S.S.G. § 1B1.3, Defendant ABLOLOM WOLDESLASSIE is responsible for at least 5 grams but less than 20 grams of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.  Accordingly, U.S.S.G. § 2D1.1(c)(7) is applicable to the defendant.

**A TRUE BILL**

_____

FOREPERSON OF THE GRAND JURY

_____

ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS: October 28, 2004

Returned into the District Court by the Grand Jurors and filed.

_____

DEPUTY CLERK

10/28/04

3:00pm

11

🖎JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**       **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** __II__      **Investigating Agency** __DEA__

**City** __Boston__       **Related Case Information:**

**County** __Suffolk__       Superseding Ind./ Inf. __Yes__     Case No. __04-CR-10112-RGS__
      Same Defendant __Yes__    New Defendant _____
      Magistrate Judge Case Number _____
      Search Warrant Case Number _____
      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Justin Teal__      Juvenile:    ☐ Yes    ■ No

Alias Name _____

Address __71 Richmere Street, Mattapan, MA__

Birthdate: __1980__    SS # __- 2738__    Sex: __Male__    Race: __African-American__   Nationalit __US__

**Defense Counsel if known:**     James N. Greenberg      Address 220 Commercial St.

Bar Number _____          __Boston, MA 02109__

**U.S. Attorney Information:**

AUSA __Patrick M. Hamilton/David Tobin__     Bar Number if applicable _____

**Interpreter:**    Yes    X  No      List language and/or dialect: _____

**Matter to be SEALED:**     Yes     No

           ☐  Regular Process       X  In Custody

**Location Status:**

Arrest Date __April 15, 2004__

☐ Already in Federal Custody as of     __April 15, 2004__    in    __U.S. Marshal Service__
   Already in State Custody         Serving Sentence     Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____   on _____

**Charging Document:**     Complaint     ☐ Information     X  Indictment

**Total # of Counts:**    ☐ Petty ————   ☐ Misdemeanor ————   X Felony  5

Continue on Page 2 for Entry of U.S.C. Citations

☐    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __October 28, 2004__     Signature of AUSA: _David G. Tobin_ (signature)

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Justin Teal _____

### U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  21 U.S.C. § § 841(a)(1) and 860 | Distribution of cocaine base in a playground zone | 1, 2, 4, 5, and 6 |
| Set 2  18 U.S.C. § 2 | Aiding and abetting | 1, 2, 5 and 6 |
| Set 3  21 U.S.C. § 861(a) | Use of a juvenile in a drug offense | 6 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js45.

%JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet** _____    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                **Category No.** __II__            **Investigating Agency** __DEA__

**City** __Boston__                  **Related Case Information:**

**County** __Suffolk__               Superseding Ind./ Inf.   __Yes__          Case No.  __04-CR-10112-RGS__
                                     Same Defendant   __X__          New Defendant _____
                                     Magistrate Judge Case Number   _____
                                     Search Warrant Case Number   _____
                                     R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   __Karl Thompson_____    Juvenile:      ☐ Yes     ■ No

Alias Name       _____

Address          __25 Calder Street, Mattapan, MA_____

Birthdate: __1964__      SS # __-7927__      Sex: __Male__   Race: __African-American__ Nationalit __US__

**Defense Counsel if known:**        __Michael C. Andrews__        Address __21 Customs House St., Suite 920__

Bar Number       _____                __Boston, MA 02110_____

**U.S. Attorney Information:**

AUSA   __David G. Tobin_____    Bar Number if applicable   _____

**Interpreter:**        Yes    X No        List language and/or dialect:   _____

**Matter to be SEALED:**        Yes   X   No

                                 ☐ Regular Process          X  In Custody

**Location Status:**

Arrest Date      __April 15, 2004_____

X  Already in Federal Custody as of        __April 15, 2004__        in    __U.S. Marshal Service__        .
☐ Already in State Custody                 Serving Sentence        ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by:    _____    on    _____

**Charging Document:**        Complaint        ☐ Information        X  Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    X Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☐      **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.**

Date:   __October 28, 2004__        Signature of AUSA:   _~~signature~~_
                                                         David G. Tobin

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Karl Thompson _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1) and 860 | Distribution of cocaine base in a playground zone | 5 and 6 |
| Set 2 | 18 U.S.C. § 2 | Aiding and abetting | 5 and 6 |
| Set 3 | 21 U.S.C. § 861(a) | Use of a juvenile in a drug offense | 6 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**     **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II     **Investigating Agency** DEA

**City** Boston     **Related Case Information:**

**County** Suffolk     Superseding Ind./ Inf. Yes    Case No. 04-CR-10112-RGS
Same Defendant Yes   New Defendant
Magistrate Judge Case Number
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

**Defendant Name** Abiolom Woldeslassie     Juvenile: ☐ Yes ■ No

**Alias Name** Breeze

**Address** 50 Clifford Street, #1, Roxbury, MA

**Birthdate:** 1982   SS # - 3627   Sex: Male   Race: African-American   Nationalit US

**Defense Counsel if known:** Randolph M. Gioia    Address 24 School St., 8th floor

**Bar Number**        Boston, MA 02108

**U.S. Attorney Information:**

**AUSA** David G. Tobin    Bar Number if applicable

**Interpreter:**   Yes   X No    List language and/or dialect:

**Matter to be SEALED:**    Yes    No

       ☐ Regular Process     X In Custody

**Location Status:**

**Arrest Date** April 15, 2004

X Already in Federal Custody as of   April 15, 2004   in   U.S. Marshal Service
   Already in State Custody     Serving Sentence    Awaiting Trial
☐ On Pretrial Release:   Ordered by:      on

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ———   ☐ Misdemeanor ———   X Felony 5

Continue on Page 2 for Entry of U.S.C. Citations

☐   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   October 28, 2004     Signature of AUSA: _[signature]_

                        David G. Tobin

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Ablolom Woldeslassie _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § § 841(a)(1) and 860 | Distribution of cocaine base in a playground zone | 2, 3, 5, 7 and 8 |
| Set 2 | 18 U.S.C. § 2 | Aiding and abetting | 2, 3, 5, 7 and 8 |
| Set 3 | 21 U.S.C. § 861 | Use of a juvenile in a drug offense | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js45.