# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

UNITED STATES OF AMERICA

      v.                                                       CR. NO. 04-10112-RGS

JUSTIN TEAL
KARL THOMPSON
ABLOLOM WOLDESLASSIE

## *NOTICE*

November 3, 2004

**BOWLER, Ch.U.S.M.J.**

    PLEASE TAKE NOTICE that the above-entitled case has been scheduled for

**Arraignment on the Superseding Indictment at 2:30 p.m., Friday, November 12, 2004,** in

courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston,

Massachusetts.

                                            /s/    Marianne B. Bowler
                                            **MARIANNE B. BOWLER**
                                            Chief United States Magistrate Judge

To:    ALL COUNSEL OF RECORD

**\* PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification**