UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>)<br>JUSTIN TEAL, )<br>KARL THOMPSON, )<br>ABLOLOM WOLDESLASSIE, and )<br>ROLAND WORRELL )<br>) | CRIMINAL NO. 04-CR-10112-RGS |

**NOTICE OF APPEARANCE**

Now comes the Assistant United States Attorney ("AUSA") and hereby gives notice of his appearance as government counsel in the captioned matter.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By: /s/ David G. Tobin
>   DAVID G. TOBIN
>   Assistant U.S. Attorney
>   One Courthouse Way
>   Suite 9200
>   Boston, MA  02210
>   (617) 748-3392

November 22, 2004