UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-CR-10112-RGS |
| ) | |
| JUSTIN TEAL, ) | |
| KARL THOMPSON, and ) | |
| ABLOLOM WOLDESLASSIE ) | |

## GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from December 30, 2004 to and including January 24, 2005 (the date of the next status conference) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).  The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial.  The defendants, through counsel, assented to this request at the Status Conference on December 23, 2004.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

            By: */s/ David G. Tobin*
                DAVID G. TOBIN
                Assistant U.S. Attorney

Dated:  December 29, 2004