# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

CRIMINAL NO. 04-10112-RGS

UNITED STATES OF AMERICA

v.

JUSTIN TEAL

KARL THOMPSON

ABLOLOM WOLDESLASSIE
a/k/a Breeze

## *FINAL STATUS REPORT*

May 4, 2005

**BOWLER, U.S.M.J.**

    The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

    1.  The Superseding Indictment in the above-entitled case, which charges the defendants with the distribution of cocaine base, distribution of cocaine base in a playground zone, aiding and abetting and use of a juvenile in a drug offense, was returned on October 28, 2004;

    2.  Defendants Justin Teal, Karl Thompson and Ablolom Woldeslassie were arraigned on the Superseding Indictment on November 23, 2004;

    3.  The defendants are in custody on the charges;

4.  At the arraignment, the attorney for the government estimated that the government would call approximately eight to ten witnesses and that the trial would last approximately two weeks;

5.  Counsel for defendant Teal has indicated that the case will be resolved by way of a plea of guilty. Counsel for defendant Woldeslassie has filed a motion to suppress and counsel for defendant Thompson has indicated that he may join in that motion;

6.  As of the date of this Final Status Report, time has been excluded through May 4, 2005;

7.  This case is hereby returned to the district judge to whom it is assigned.

    /s/   Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge