UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.                        CRIMINAL NO. 04-10112-RGS

JUSTIN TEAL, KARL THOMPSON,
ABLOLOM WOLDESLASSIE, and
ROLAND WORRELL

## NOTICE OF INITIAL PRE-TRIAL/TRIAL ASSIGNMENT CONFERENCE

**STEARNS, DJ.**                                                          MAY 6, 2005

ALL COUNSEL IN THE ABOVE-CAPTIONED ACTION ARE HEREBY ORDERED TO APPEAR FOR AN INITIAL PRE-TRIAL/TRIAL ASSIGNMENT CONFERENCE ON:

<u>**FRIDAY, MAY 12, 2005 AT 2:30 P.M.**</u>

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                                                                  RICHARD G. STEARNS
                                                                  UNITED STATES DISTRICT JUGE

                            BY:

                                                      /s/ Mary H. Johnson
                                                      Deputy Clerk

TO: AUSA Tobin; AUSA Hamilton; Attorneys Greenberg, Andrews, Gioia, Byrne.