FILED IN OPEN COURT 5/13/05

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10112-RGS

UNITED STATES OF AMERICA

v.

JUSTIN TEAL

Allowed. RD. Stearns DJ 5-13-05.

### DEFENDANT'S MOTION FOR A PRE-PLEA PRESENTENCE REPORT

Now comes the defendant and respectfully requests that this Court order the United States Probation Office to prepare a pre-plea PSR.

As reasons therefore, the defendant states that he is desirous of entering a change of plea. It is anticipated that the change of plea will be pursuant to a written plea agreement. The defendant believes that a pre-plea presentence report would be useful in deciding to accept a plea agreement, and that it may also expedite the imposition of a sentence, in a case such as this one, where the defendant has indicted his desire to plead guilty.

Respectfully submitted,
Defendant, Justin Teal,
by his lawyer

James Greenberg
BBO# 565631
Howe and Bainbridge Building
220 Commercial Street
Boston, MA 02109
(617) 557-4444