UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

       V.                                     CRIMINAL NO. 04-10112-01-RGS

JUSTIN TEAL

# **O R D E R**

**STEARNS, DJ.**                                                                       **MAY 13, 2005**

       **THIS COURT HAVING ALLOWED THE DEFENDANT'S MOTION FOR A PRE-PLEA PRESENTENCE REPORT,**

       **IT IS HEREBY ORDERED: THE OFFICE OF THE UNITED STATES PROBATION DEPARTMENT SHALL IMMEDIATELY COMMENCE THE PREPARATION OF A PRE-PLEA PRESENTENCE REPORT AS TO THE ABOVE-NAMED DEFENDANT, JUSTIN TEAL.**

       **SO ORDERED.**

                                                                    **RICHARD G. STEARNS**
                                                                    **UNITED STATES DISTRICT JUDGE**

      **BY:**

                                  **/s/ Mary H. Johnson**
                                     **Deputy Clerk**