UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 04-10112-RGS |
| JUSTIN TEAL ) | |
| Defendants ) | |

**INFORMATION REGARDING PRIOR CONVICTIONS FILED PURSUANT TO
21 U.S.C. §851 REGARDING DEFENDANT JUSTIN TEAL**

The United States Attorney charges that:

1. On or about December 28, 2000, 2000, JUSTIN TEAL was convicted in Suffolk Superior Court of possession of a Class D controlled substance with intent to distribute in violation of Mass. Gen. L. 94C, §32 (Docket Number 0010622006)

2. By way of this information, the government notifies JUSTIN TEAL, that he is charged with committing the crime alleged in said indictment after having been previously convicted of the felony drug offenses as set out in paragraphs 1, above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BY: /s/ David G. Tobin
DAVID G. TOBIN
Assistant U.S. Attorney

Dated: October 31, 2005

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served upon counsel of record a copy of the foregoing document by hand. This 31st day of October 2005.

_____
DAVID G. TOBIN
ASSISTANT UNITED STATES ATTORNEY