UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                            Criminal No. 04-10112 RGS

JUSTIN TEAL

### MOTION FOR CONTINUANCE.

Now comes the defendant and kindly requests this Honorable Court to continue the sentencing for the defendant from January 19, 2006 to February 13th, 14th, or 15th 2006. I have spoken with AUSA David Tobin, who does not oppose the continuance to the above mentioned dates.

Respectfully Submitted
Defendant, Justin Teal,
by his attorney

James Greenberg
BBO# 565631
Howe and Bainbridge Building
220 Commercial Street
Boston, MA 02109
(617) 557-4444

Dated: January 4, 2006