Clerk's Office
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Criminal No. 1:04 CR10112-01 RGS

Dear Sir or Madam
        I am writing in regards to the recent changes made to the
Sentencing Guidelines.   More specifically the reduction of 2-levels for
offenses involving cocaine base.   On February 22,2006 I was sentenced
in front of Honorable Judge Stearns to a term of 120-months imprisonment.
The Court calculated my offense level pursuant to §2D1.1 as is a
requirement under the new-enacted Amendment.   As the facts stated above
qualifies me for the above-mentioned 2 level deduction I am asking
that this Court appoint Counsel to represent me in filing the
necessary motions.   And if this Office deems the above information
insufficient for the purpose of appointing Counsel please respond to
the address below and I will gladly provide this Court with the
necessary information.   Thanks in advance.

                                    Respectfully

                                    Justin   Teal



                                          Justin   Teal
                                       Reg.#25188-038
                                      FCI Ray Brook
                                      P.O.  Box 9006
                                      Ray Brook, NY 12977