UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL No. : 04-10112

UNITED STATES OF AMERICA

v.

JUSTIN TEAL

**MOTION FOR AN EXTENSION OF TIME TO FILE THE JOINT STATUS REPORT**

The defendant, JUSTIN TEAL, by and through the undersigned counsel moves this Honorable Court, pursuant to F.R.Crim. P. 45 (b) to extend the time for filing the joint status report for thirty days.  The report is presently due on April 24, 2008.

As grounds for this motion, the undersigned attorney explains that she was not the attorney of record in the above entitled and enumerated case, except for the detention hearing. The extra time will permit her to review the case and to speak with the defendant.

The government was not available to respond to this motion.  The defendant is currently facing a lengthy prison sentence, and will not be prejudiced by this extension.

WHEREFORE, the defendant moves that this motion be granted

Respectfully Submitted,
By His Attorney,

___/s/ Lenore Glaser_____          April 23, 2008
Lenore Glaser, Esq. B.B.O. # 194220
One Commercial Whart N., 2d Fl.
Boston, MA. 02110
617 753-9988

**Certificate of Service**
I. Lenore Glaser, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on :April 23, 2008.

**/s/ Lenore Glaser**